IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

In re:                          :
                                :
CHARLES RICHARD WIGGINS         :
GWENDOLYN GAIL WIGGINS          :
                                :
          Debtors               :
_____

CHARLES RICHARD WIGGINS         :
GWENDOLYN GAIL WIGGINS          :
                                :
          Appellants            :
                                :
vs.                             :          No.3:12-CV-00571 WOB/HBG
                                :
MAURICE K. GUINN, TRUSTEE,      :
                                :
          Appellee              :


     This bankruptcy appeal is before the Court following

transmittal of the designated record, completion of briefing by

the parties, and reassignment of the case to the undersigned.

*See* Docs. 1-6.

     Having carefully considered the entire record and the

parties' arguments, the Court overrules Appellants' assignments

of error, finds the reasoning of the Bankruptcy Court sound, and

affirms its decision for substantially the same reasons.

     Therefore, having reviewed this matter, and the Court being

sufficiently advised,

**IT IS ORDERED THAT** Appellants' assignments of error are

**OVERRULED** and Judge Stair's Memorandum and Order are **AFFIRMED**.

This 30th day of April, 2013.

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
CLERK OF COURT



Signed By:

*William O. Bertelsman* WOB

**United States District Judge**